682

*Houts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Oscar H. Davis* for respondent.

No. 1114. GULF REFINING CO. *v.* MARK C. WALKER & SON CO. ET AL.; and

No. 1115. GULF REFINING CO. *v.* CHARLES WEAVER & CO., INC. May 11, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. W. Canada* for petitioner. *Mr. Wm. M. Hall* for Mark C. Walker & Son Co. et al., respondents in No. 1114, and for respondent in No. 1115; and *Mr. J. A. Osoinach* for Shelby County, respondent in No. 1114.

No. 1131. RYAN *v.* CROSS ET AL. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herman L. Ekern, Herbert H. Naujoks,* and *David S. Lansden* for petitioner.

No. 1135. ANDREWS ET AL. *v.* EQUITABLE LIFE ASSURANCE SOCIETY ET AL. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. David H. Caplow* and *Sol Andrews* for petitioners. *Messrs. Frederic Burnham, Miles G. Seeley, Edward R. Johnston, Walter H. Eckert, Owen Rall,* and *Arthur M. Cox* for respondents.

No. 1136. ADDRESSOGRAPH-MULTIGRAPH CORP. *v.* AMERICAN EXPANSION BOLT & MANUFACTURING CO. May 11,

1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Philip M. Aitken* for petitioner. *Mr. Samuel W. Banning* for respondent.

No. 1144. McCoach, Trustee, *v.* Griffin, Administrator. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Carl B. Callaway* for petitioner. *Mr. Jos. W. Bailey, Jr.,* for respondent.

No. 1154. Banque de France *v.* Supreme Court of the State of New York et al. See *ante,* p. 646.

No. 914. Casebeer *v.* Hudspeth, Warden. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Edward Casebeer, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 1215. Price *v.* National Surety Corp. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Homer C. Price, pro se.*

No. 1224. Ward *v.* State of New York. May 25, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Theophilus Ward, pro se.*